## United States Bankruptcy Court
### Northern District of Georgia

In re  **Michael Anthony Davis, II**                                    Case No.
                                  Debtor(s)                              Chapter  **13**

# STATEMENT REGARDING PAY STUBS (11 U.S.C. §521(A)(1))

I,  **Michael Anthony Davis, II** , hereby certify that during the 60 day period preceding the filing of my bankruptcy petition in this case, I did not receive pay stubs from an employer because:

☐  I am unemployed; or

☐  I am self-employed; or

☐  My employer did not provide pay stubs.

☑  Other

  Debtor is a 1099 employee.

Date  **January 2, 2026**          Signature  **/s/ Michael Anthony Davis, II**          *Michael Anthony Davis II*
                                              **Michael Anthony Davis, II**
                                              Debtor

## CERTIFICATE *of* SIGNATURE

**REF. NUMBER**
VAKB2-M6M2U-HDDMP-YWUJN

DOCUMENT COMPLETED BY ALL PARTIES ON
02 JAN 2026 18:40:43
UTC

| SIGNER | TIMESTAMP | SIGNATURE |
|---|---|---|
| **MICHAEL ANTHONY DAVIS II** | SENT<br>02 JAN 2026 18:13:41<br><br>VIEWED<br>02 JAN 2026 18:39:16<br><br>SIGNED<br>02 JAN 2026 18:40:43 | *Michael Anthony Davis II*<br><br>IP ADDRESS<br>107.127.28.1<br><br>LOCATION<br>ATLANTA, UNITED STATES |

**RECIPIENT VERIFICATION**

EMAIL VERIFIED
02 JAN 2026 18:39:16

Signed with PandaDoc

PAGE 1 OF 1