**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | * | CASE NO.: 26-50038 |
| MICHAEL ANTHONY DAVIS II, | * | |
| | * | CHAPTER 13 |
| | * | |
| DEBTOR | * | JUDGE CAVENDER |

## EMERGENCY MOTION TO IMPOSE STAY AS TO NEW AMERICAN FUNDING, LLC AND VLADIMIR LERNER

COMES NOW Debtor, through counsel, and requests that the Court impose the automatic stay under 11 U.S.C. § 362(a) as to creditor New American Funding, LLC and Vladimir Lerner pursuant to 11 U.S.C. §362(c)(4). In support of this request, Debtor states as follows:

1.

Debtor filed a Voluntary Petition for Bankruptcy relief under Title 11, Chapter 13 of the United States Code on 1/2/2026.

2.

Debtor submits that there is substantial equity in his real property located at 408 Edmond Court, Suwanee, GA 30024. The current fair market value according to the real estate platform Zillow is $620,600.00 and the mortgage debt on the property is approximately $464,619.70 thereby rendering $70,780.30 in equity.

3.

Debtor asserts his home of 5 years is scheduled for a foreclosure sale on January 6, 2026.

4.

Debtor shows that the instant case is the third pending Chapter 13 case filed within the previous twelve months. Debtor's previous Chapter 13 cases are discussed below

5.

Debtor filed a first such Chapter 13 case on 03/31/2025. That case, hereinafter referred to as the "first case," was assigned case number 25-53460. Debtor asserts that his first case was filed pro se and he did not have the tools to navigate the Bankruptcy filing successfully. As a result, Debtor's first case was dismissed on 6/18/2025 for failure to pay the filing fee.

6.

Debtor filed a second such Chapter 13 case on 08/04/2025. That case, hereinafter referred to as the "second case" was assigned case number 25-58818. During that second case, Debtor was placed on status to provide a copy of his 2021, 2022, and 2023 tax returns, however the debtor could not provide the returns in a timely manner. As a result, the second case was dismissed on 11/20/2025. Nevertheless, Debtor shows he paid a total of $2,398.00 into his case prior to dismissal.

7.

Debtor submits that the instant case was filed in a good faith effort to complete a debt reorganization plan through Chapter 13. Debtor shows that he has paid the filing fee in full, and he is represented by legal counsel. Debtor also affirms that he has completed and filed his 2021, 2022, and 2023 tax returns.

8.

Debtor shows that his proposed Chapter 13 Plan includes a $9,521.00 pool to unsecured creditors to ensure adequate protection to the creditors in the instant case.

9.

Debtor affirms that his reorganization depends upon the imposition of the stay in this case, and Debtor pleads to this Court to protect his property.

10.

The imposition of the stay is in the best interest of the Debtor, the Chapter 13 estate, and the creditors in this case.

WHEREFORE, Debtor requests that this Court impose the automatic stay under §362(a) as to creditor NEW AMERICAN FUNDING, LLC AND VALDIMIR LERNER for the duration of this Chapter 13 proceeding, or until such time as the stay is terminated under §362(c)(1) or (c)(2), or a motion for relief is granted under § 362(d).

Dated: January 2, 2026.

Respectfully submitted,
By: <u>Stanley J. Kakol, Jr.   /s/</u>
Stanley J. Kakol, Jr.
GA Bar No.406060
Attorney for Debtor(s)
5353 Fairington Road, Suite C
Lithonia, GA 30038
770-800-0440#

**CERTIFICATE OF SERVICE**

I hereby certify that on January 2, 2026, I electronically filed the foregoing **EMERGENCY MOTION TO IMPOSE STAY AS NEW AMERICAN FUNDING, LLC AND VLADIMIR LERNER** using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

**Nancy J. Whaley – Standing Chapter 13 Trustee**

I further certify that on this day I caused a copy of this document to be served by electronic mail on the following parties at the email address shown for each.

    Robert D. Schwartz on behalf of Creditor Vladimir Lerner
    bobschwartzlaw@aol.com

    Michael J. McCormick on behalf of Creditor New American Funding, LLC
    Michael.mccormick@mccalla.com

    Maria A. Tsagaris on behalf of Creditor New American Funding, LLC
    Maria.tsagaris@mccalla.com

    Elizabeth Parrott on behalf of Creditor New American Funding, LLC
    Elizabeth.parrott@mccalla.com

I further certify that on this day I caused a copy of this document to be served via United States First Class Mail, with adequate postage prepaid, on the following parties at the address shown for each.

Michael Anthony Davis II
408 Edmond Court
Suwanee, GA 30024

                                            By: Stanley J. Kakol, Jr.   /s/
                                            Stanley J. Kakol, Jr.
                                            GA Bar No.406060
                                            Attorney for Debtor(s)
                                            5353 Fairington Road, Suite C
                                            Lithonia, GA 30038
                                            770-800-0440#