# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | * | CASE NO.: 26-50038 |
| MICHAEL ANTHONY DAVIS II, | * | |
| | * | CHAPTER 13 |
| | * | |
| DEBTOR | * | JUDGE CAVENDER |

### MOTION FOR EMERGENCY HEARING ON DEBTOR'S EMERGENCY MOTION TO IMPOSE STAY AS NEW AMERICAN FUNDING, LLC AND VLADIMIR LERNER

COMES NOW Debtor, through counsel, and moves this Honorable Court for an Emergency Hearing.

1.

Debtor filed the instant Chapter 13 case on 1/2/2026. Debtor shows that the instant case is the third pending Chapter 13 case within a 12-month period.

2.

Debtor's real property located at 408 Edmond Court, Suwanee, GA 30024 is scheduled for foreclosure sale on 1/6/2026.

3.

Debtor submits the aforementioned property is his family residence and there is substantial equity in his property and pleads to this Court for an opportunity to protect his home. Therefore, Debtor requests an Emergency Hearing on the Motion to Impose Stay filed before this Court.

**WHEREFORE,** Movant prays:

(a) That this Motion be filed, read and considered;
(b) That this Honorable Court set a time, place and date for an Emergency hearing into this matter; and
(c) That this Honorable Court grant Debtor's prayers and any other relief as it may deem just and proper.

Respectfully submitted,

/s/ Stanley J. Kakol, Jr.
Stanley J. Kakol, Jr.
Attorney for Movant
GA Bar No. 406060
The Law Offices of Stanley J. Kakol, Jr.
5353 Fairington Rd., Suite C
Lithonia, GA 30038
(770) 800-0440

## CERTIFICATE OF SERVICE

      I hereby certify that on January 2, 2026, I electronically filed the foregoing **MOTION FOR EMERGENCY HEARING ON DEBTOR'S EMERGENCY MOTION TO IMPOSE STAY AS TO NEW AMERICAN FUNDING, LLC AND VLADIMIR LERNER** using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

Nancy J. Whaley – Standing Chapter 13 Trustee

      I further certify that on this day I caused a copy of this document to be served by electronic mail on the following parties at the address shown for each.

Robert D. Schwartz on behalf of Creditor Vladimir Lerner
bobschwartzlaw@aol.com

Michael J. McCormick on behalf of Creditor New American Funding, LLC
Michael.mccormick@mccalla.com

Maria A. Tsagaris on behalf of Creditor New American Funding, LLC
Maria.tsagaris@mccalla.com

Elizabeth Parrott on behalf of Creditor New American Funding, LLC
Elizabeth.parrott@mccalla.com

      I further certify that on this day I caused a copy of this document to be served via United States First Class Mail, with adequate postage prepaid, on the following parties at the address shown for each.

Michael Anthony Davis II
408 Edmond Court
Suwanee, GA 30024

Dated: January 2, 2026.

                                                        /s/ Stanley J. Kakol, Jr.
                                                        Stanley J. Kakol, Jr.
                                                        GA Bar No. 406060
                                                        Attorney for Debtor(s)
                                                        5353 Fairington Road, Suite C
                                                        Lithonia, GA 30038
                                                        770-800-0440