**IT IS ORDERED as set forth below:**

**Date: January 2, 2026**

_____

**Jeffery W. Cavender**
**U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | : | **CASE NO.: 26-50038-JWC** |
| **MICHAEL ANTHONY DAVIS,** | : | |
| | : | **CHAPTER 13** |
| | : | |
| **DEBTOR** | : | |

_____

**ORDER GRANTING MOTION FOR EMERGENCY HEARING AND**
**NOTICE OF HEARING ON DEBTOR'S EMERGENCY MOTION TO IMPOSE STAY**
**AS TO NEW AMERICAN FUNDING, LLC AND VLADIMIR LERNER**

On January 2, 2026, Debtor filed an _Emergency Motion to Impose Stay_ (the "Motion") (Docket No.6) and a _Motion for Emergency Hearing_ (the "Expedited Motion") (Docket No.7). After review of the matters, it is hereby

**ORDERED** that the Expedited Motion is **GRANTED**, and a hearing will be held regarding the Motion on the **6th day of January, 2026, commencing at 9:35 A.M. in Courtroom 1203, at the Richard B. Russell Federal Building and United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303,** which must be attended in person, unless the Court orders otherwise.

**IT IS FURTHER ORDERED** that Debtor's counsel shall serve a copy of this Order and Notice of Hearing by the method or methods (phone call, electronic mail, fax, courier, etc.) that will provide expeditious notice and service to the Debtor, the Chapter 13 Trustee, New American Funding, LLC, counsel for New American Funding, LLC (if any), Vladimir Lerner, and counsel for Vladimir Lerner (if any).  Debtor's counsel shall serve a copy of this Order and Notice of Hearing by mail on all other creditors listed on the mailing matrix in this case. Debtor's counsel is further directed to file a certificate of service setting forth the manner and method of all such service prior to the hearing.

### [END OF DOCUMENT]

Presented by:

_____/s/_

Stanley J. Kakol, Jr.
Attorney for Debtor
Georgia Bar No. 406060
Law Offices of Stanley J. Kakol, Jr.
5353 Fairington Road, Suite C
Lithonia, Georgia 30038
(770) 800-0440

DISTRIBUTION LIST

Law Offices of Stanley J. Kakol, Jr.
5353 Fairington Road
Suite C
Lithonia, Georgia 30038