**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CASE NO.: 26-50038 |
| **MICHAEL ANTHONY DAVIS II,** | : | |
| | : | CHAPTER 13 |
| | : | |
| DEBTOR | : | JUDGE CAVENDER |

### CERTIFICATE OF SERVICE

    I hereby certify that on January 3, 2026, I served the following parties with a copy of **"Order Granting Debtor's Motion for Emergency Hearing and Notice of Hearing on Debtor's Motion to Impose the Stay as to NEW AMERICAN FUNDING, LLC and VLADIMIR LERNER" (doc. no. 8)** using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

Nancy J. Whaley – Standing Chapter 13 Trustee

    I further certify that on this day I caused a copy of this document to be served by electronic mail on the following parties at the address shown for each.

Robert D. Schwartz on behalf of Creditor Vladimir Lerner
bobschwartzlaw@aol.com

Michael J. McCormick on behalf of Creditor New American Funding, LLC
Michael.mccormick@mccalla.com

Maria A. Tsagaris on behalf of Creditor New American Funding, LLC
Maria.tsagaris@mccalla.com

Elizabeth Parrott on behalf of Creditor New American Funding, LLC
Elizabeth.parrott@mccalla.com

    I further certify that on this day I caused a copy of this document to be served by First Class Mail, with adequate postage prepaid, on the following parties at the address shown for each.

Michael Anthony Davis II
408 Edmond Court
Suwanee, GA 30024

All parties on the attached mailing matrix

                                                                              Stanley J. Kakol, Jr.  /s/
                                                                              Stanley J. Kakol, Jr.
                                                                              GA Bar No. 406060
                                                                              Attorney for Debtor(s)
                                                                              5353 Fairington Road, Suite C
                                                                              Lithonia, GA 30038

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113E-1<br>Case 26-50038-jwc<br>Northern District of Georgia<br>Atlanta<br>Sat Jan  3 13:32:05 EST 2026 | (p)ABSOLUTE RESOLUTIONS CORPORATION<br>8000 NORMAN CENTER DRIVE SUITE 350<br>BLOOMINGTON MN 55437-1118 | American First Finance<br>Attn: Bankruptcy<br>Po Box 565848<br>Dallas, TX 75356-5848 |
| (p)ASCENDIUM EDUCATION SOLUTIONS INC<br>38 BUTTONWOOD COURT<br>MADISON WI 53718-2156 | (p)CAINE & WEINER COMPANY<br>12005 FORD ROAD 300<br>DALLAS TX 75234-7262 | (p)CITIZENS BANK N A<br>ATTN BANKRUPTCY TEAM<br>ONE CITIZENS BANK WAY<br>JCA115<br>JOHNSTON RI 02919-1922 |
| Comenity/Alphaeoncos<br>Attn: Bankruptcy<br>Po Box 182125<br>Columbus, OH 43218-2125 | Michael Anthony Davis II<br>408 Edmond Court<br>Suwanee, GA 30024-2755 | Delta Community Credit Union<br>Attn: Bankruptcy<br>3300 Riverwood Parkway, Ste 100<br>Atlanta, GA 30339-3966 |
| (p)FIRSTMARK SERVICES<br>121 S 13TH STREET STE 201<br>LINCOLN NE 68508-1911 | Georgia Department of Revenue<br>2595 Century Parkway NE<br>Suite 339<br>Atlanta, GA 30345-3173 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Stanley J. Kakol Jr.<br>The Law Offices of Stanley J. Kakol, Jr.<br>5353 Fairington Road<br>Suite C<br>Lithonia, GA 30038-1164 | Key & Rogers Trucking<br>3175 State University Drive<br>Fort Valley, GA 31030-6907 | Midland Credit Management<br>350 Camino De La Reina<br>Suite 100<br>San Diego, CA 92108-3007 |
| Navy Federal Credit Union<br>Attn: Bankruptcy<br>Po Box 3302<br>Merrifield, VA 22119-3302 | New American Funding<br>Attn: Bankruptcy<br>1 Home Campute Mac X2303-01a<br>Des Moines, IA 50328-0001 | Patel Harshal<br>514 Deerwood Drive<br>Suwanee, GA 30024-2748 |
| TBF Financial<br>870 Sheridan Rd.<br>Highwood, IL 60040-1003 | Truist<br>PO Box 79041<br>Baltimore, MD 21279-0041 | Vladimir Lerner<br>6150 Zachary Drive<br>Norcross, GA 30093-2034 |
| Nancy J. Whaley<br>Standing Chapter 13 Trustee<br>Suite 120, Truist Plaza Garden Offices<br>303 Peachtree Center Avenue<br>Atlanta, GA 30303-1286 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Absolute Resolutions Investments<br>c/o Absolute Resolutions Corporation<br>8000 Norman Center Drive<br>Suite 350<br>Minneapolis, MN 55437 | Ascendium Education Solutions<br>c/o Jeanine Peterson<br>P.O. Box 8961<br>Madison, WI 53708 | Caine & Weiner<br>5805 Sepulveda Blvd<br>4th Floor<br>Van Nuys, CA 91411 |

| | | |
|---|---|---|
| Citizens Bank<br>Attention: Bankruptcy<br>1 Citizens Plaza<br>Providence, RI 02903 | Firstmark Services<br>121 South 13th Street<br>Lincoln, NE 68508 | End of Label Matrix<br>Mailable recipients    21<br>Bypassed recipients     0<br>Total                   21 |