IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE |
| | ) | |
| MICHAEL ANTHONY DAVIS, II, | ) | NO.: 26-50038-JWC |
| | ) | |
| Debtor. | ) | CHAPTER 13 |
| | ) | |
| | ) | |
| | ) | |

OBJECTION TO CONFIRMATION

COMES NOW New American Funding, LLC (herein, "Creditor"), a secured creditor holding a Security Deed against the real property commonly known as 408 Edmond Ct, Suwanee, GA 30024 (the "Property"), and for the reasons stated below, objects to confirmation of Debtor's Chapter 13 plan (Doc. No. 2) (the "Plan").

1.

Debtor's Plan lists $0.00 in arrears and fails to provide for payment of Creditor's prepetition arrearage claim. Creditor has not yet filed a proof of claim but will do so prior to the expiration of the claims deadline. According to preliminary figures, the arrearage is $34,443.06. Additionally, upon information and belief, Debtor was on a trial modification which was recently denied due to failure to maintain timely trial modification payments.

2.

Confirmation of the Plan should be denied until Debtor amends the Plan to properly treat Creditor's claim.

3.

Creditor reserves the right to raise the failure of Debtor to have made post-petition mortgage payments if at the time of the confirmation hearing that appears to be the case.

WHEREFORE, PREMISES CONSIDERED, Creditor prays that the Court will:

1. deny confirmation,

2. award reasonable attorney's fees, and

3. grant such other and further relief as is just and equitable.

                                                            */s/A. Michelle  Hart Ippoliti*
                                                            A. Michelle  Hart Ippoliti
                                                            Georgia BAR NO. 334291
                                                            Attorney for Creditor
                                                            McCalla Raymer Leibert Pierce, LLP
                                                            1544 Old Alabama Road
                                                            Roswell, GA 30076
                                                            678-281-6537

| | |
|---|---|
| In Re:<br>Michael Anthony Davis, II | Bankruptcy Case No.:   26-50038-JWC<br><br>Chapter:   13<br><br>Judge   Jeffery W. Cavender |

### CERTIFICATE OF SERVICE

I, A. Michelle Hart Ippoliti, of MCCALLA RAYMER LEIBERT PIERCE, LLP, 1544 Old Alabama Road, Roswell, GA 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I served a copy of the within OBJECTION TO CONFIRMATION filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Michael Anthony Davis, II
408 Edmond Court
Suwanee, GA 30024

Stanley J. Kakol,   *(served via ECF Notification)*
The Law Offices of Stanley J. Kakol, Jr.
5353 Fairington Road
Suite C
Lithonia, GA 30038

Nancy J. Whaley
Standing Chapter 13 Trustee   *(served via ECF Notification)*
Suite 120, Truist Garden Plaza Offices
303 Peachtree Center Avenue
Atlanta, GA 30303

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:   01/28/2026   By:   /s/A. Michelle Hart Ippoliti
              (date)              A. Michelle Hart Ippoliti
                                  Georgia BAR NO. 334291
                                  Attorney for Creditor