IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MICHAEL ANTHONY DAVIS, II<br>408 EDMOND COURT<br>SUWANEE, GA  30024 | CASE NO.: A26-50038-JWC<br><br>CHAPTER: 13 |

**NOTICE REQUESTING YOUR 2025 TAX RETURN AND**
**NOTICE CONCERNING YOUR 2025 TAX REFUND**

The Trustee requests **a copy of your 2025 Federal Income Tax Return**, including all supporting schedules be provided within thirty (30) days of filing the return or no later than May 15, 2026. Please do this by providing a copy of your return to your bankruptcy attorney so that they may review the return with you and then provide a copy to our office. If you are not required to file a tax return for 2025, please notify your attorney.

Additionally, the terms of **your Chapter 13 Plan may require you to pay your federal tax refund to the Chapter 13 Trustee to be distributed to your creditors**. If you are not certain of your requirement, please contact your attorney. Please **use our pay online payment systems** which can be found at **http://www.njwtrustee.com/debtor-resources/pay-online/.** You may also mail your tax refund **payable to the Chapter 13 Trustee** at the address below. Please **make a notation** that the funds are from your tax refund.

**Failure to comply with the terms of your confirmed plan may result in the filing of a Motion to Dismiss your case.** If you have any questions concerning this matter, please contact your bankruptcy attorney.

A copy of this Notice was provided to the Debtor(s) electronically by email from the National Data Center or sent by first class U.S. mail to the Debtor(s) at the above address.

Dated: February 03, 2026

　　/s/＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
Nancy J. Whaley, Standing Chapter 13 Trustee
Bar Number: 377941
Suite 120, Truist Garden Plaza
303 Peachtree Center Avenue
Atlanta, GA 30303
info@njwtrustee.com
678-992-1201