**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | * | CASE NO.: 26-50038 |
| MICHAEL ANTHONY DAVIS II, | * | |
| | * | CHAPTER 13 |
| | * | |
| DEBTOR | * | JUDGE  CAVENDER |

---

## MOTION TO IMPOSE STAY AS TO NEW AMERICAN FUNDING, LLC AND VLADIMIR LERNER

COMES NOW Debtor, through counsel, and requests that the Court impose the automatic stay under 11 U.S.C. § 362(a) as to creditor New American Funding, LLC and Vladimir Lerner pursuant to 11 U.S.C. §362(c)(4). In support of this request, Debtor states as follows:

1.

Debtor filed a Voluntary Petition for Bankruptcy relief under Title 11, Chapter 13 of the United States Code on 1/2/2026.

2.

Debtor submits that there is substantial equity in his real property located at 408 Edmond Court, Suwanee, GA 30024.  The current fair market value according to the real estate platform Zillow is $620,600.00 and the mortgage debt on the property is approximately $524,676.00. Hence, there is equity in the home.

3.

Debtor has lived in his home for 5 years

4.

Debtor shows that the instant case is the third pending Chapter 13 case filed within the previous twelve months. Debtor's previous Chapter 13 cases are discussed below

5.

Debtor filed a first such Chapter 13 case on 03/31/2025.  That case, hereinafter referred to as the "first case," was assigned case number 25-53460. Debtor asserts that his first case was filed pro se and he did not have the tools to navigate the Bankruptcy filing successfully. As a result, Debtor's first case was dismissed on 6/18/2025 for failure to pay the filing fee.

6.

Debtor filed a second such Chapter 13 case on 08/04/2025. That case, hereinafter referred to as the "second case" was assigned case number 25-58818. During that second case, Debtor was placed on status to provide a copy of his 2021, 2022, and 2023 tax returns, however the debtor could not provide the returns in a timely manner. As a result, the second case was dismissed on 11/20/2025. Nevertheless, Debtor shows he paid a total of $2,398.00 into his case prior to dismissal.

7.

Debtor submits that the instant case was filed in a good faith effort to complete a debt reorganization plan through Chapter 13.  Debtor shows that he has paid the filing fee in full, and he is represented by legal counsel. Debtor also affirms that he has completed and filed his 2021, 2022, and 2023 tax returns.

8.

Debtor shows that his proposed Chapter 13 Plan includes a $9,521.00 pool to unsecured creditors to ensure adequate protection to the creditors in the instant case.

9.

Debtor affirms that his reorganization depends upon the imposition of the stay in this case, and Debtor pleads to this Court to protect his property.

10.

The imposition of the stay is in the best interest of the Debtor, the Chapter 13 estate, and the creditors in this case.

WHEREFORE, Debtor requests that this Court impose the automatic stay under §362(a) as to creditor NEW AMERICAN FUNDING, LLC AND VALDIMIR LERNER for the duration of this Chapter 13 proceeding, or until such time as the stay is terminated under §362(c)(1) or (c)(2), or a motion for relief is granted under § 362(d).

Dated: March 19, 2026.

Respectfully submitted,
By: Stanley J. Kakol, Jr.   /s/
Stanley J. Kakol, Jr.
GA Bar No.406060
Attorney for Debtor(s)
5353 Fairington Road, Suite C
Lithonia, GA 30038
770-800-0440

**CERTIFICATE OF SERVICE**

I hereby certify that on March 19, 2026, I electronically filed the foregoing **MOTION TO IMPOSE STAY AS NEW AMERICAN FUNDING, LLC AND VLADIMIR LERNER** using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

**Nancy J. Whaley – Standing Chapter 13 Trustee**

I further certify that on this day I caused a copy of this document to be served by electronic mail on the following parties at the email address shown for each.

Robert D. Schwartz on behalf of Creditor Vladimir Lerner
bobschwartzlaw@aol.com

Michelle Hart Ippoliti on behalf of Creditor New American Funding, LLC
Michelle.ippoliti@mccalla.com

Janica Drayton on behalf of Creditor New American Funding, LLC
Janica.Drayton@mccalla.com

I further certify that on this day I caused a copy of this document to be served via United States First Class Mail, with adequate postage prepaid, on the following parties at the address shown for each.

Michael Anthony Davis II
408 Edmond Court
Suwanee, GA 30024

By: Stanley J. Kakol, Jr.   /s/
Stanley J. Kakol, Jr.
GA Bar No.406060
Attorney for Debtor(s)
5353 Fairington Road, Suite C
Lithonia, GA 30038
770-800-0440

Label Matrix for local noticing
113E-1
Case 26-50038-jwc
Northern District of Georgia
Atlanta
Thu Mar 19 11:23:19 EDT 2026

(p)ABSOLUTE RESOLUTIONS CORPORATION
8000 NORMAN CENTER DRIVE SUITE 350
BLOOMINGTON MN 55437-1118

American First Finance
Attn: Bankruptcy
Po Box 565848
Dallas, TX 75356-5848

(p)ASCENDIUM EDUCATION SOLUTIONS INC
38 BUTTONWOOD COURT
MADISON WI 53718-2156

Ascendium Education Solutions, Inc OBO
Florida Department of Education OSFA
PO Box 8961
Madison WI 53708-8961

(p)CAINE & WEINER COMPANY
12005 FORD ROAD 300
DALLAS TX 75234-7262

(p)CITIZENS BANK N A
ATTN BANKRUPTCY TEAM
ONE CITIZENS BANK WAY
JCA115
JOHNSTON RI 02919-1922

Comenity/Alphaeoncos
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218-2125

Michael Anthony Davis II
408 Edmond Court
Suwanee, GA 30024-2755

Delta Community Credit Union
Attn: Bankruptcy
3300 Riverwood Parkway, Ste 100
Atlanta, GA 30339-3966

(p)DELTA COMMUNITY CREDIT UNION
PO BOX 20541
ATLANTA GA 30320-2541

(p)FIRSTMARK SERVICES
121 S 13TH STREET STE 201
LINCOLN NE 68508-1911

(p)GEORGIA DEPARTMENT OF REVENUE
BANKRUPTCY
2595 CENTURY PKWY NE SUITE 339
ATLANTA GA 30345-3173

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

(p)MCCALLA RAYMER LEIBERT PIERCE  LLC
ATTN ATTN WENDY REISS
1544 OLD ALABAMA ROAD
ROSWELL GA 30076-2102

Stanley J. Kakol Jr.
The Law Offices of Stanley J. Kakol, Jr.
5353 Fairington Road
Suite C
Lithonia, GA 30038-1164

Key & Rogers Trucking
3175 State University Drive
Fort Valley, GA 31030-6907

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Vladimir Lerner
6150 Zachary Drive NE
Norcross, GA 30093-2034

Midland Credit Management
350 Camino De La Reina
Suite 100
San Diego, CA 92108-3007

Midland Credit Management, Inc.
PO Box 2037
Warren, MI 48090-2037

Navy Federal Credit Union
Attn: Bankruptcy
Po Box 3302
Merrifield, VA 22119-3302

New American Funding
Attn: Bankruptcy
1 Home Campute Mac X2303-01a
Des Moines, IA 50328-0001

New American Funding, LLC
8201 North FM 620 Suite 120
Austin TX 78726-4075

Patel Harshal
514 Deerwood Drive
Suwanee, GA 30024-2748

Robert D. Schwartz
Robert D. Schwartz
P O Box 160100
Atlanta, GA 30316-1002

TBF Financial
870 Sheridan Rd.
Highwood, IL 60040-1003

Truist
PO Box 79041
Baltimore, MD 21279-0041

Truist Bank, Support Services
PO Box 1847 / 100-50-01-51
Wilson NC 27894-1847

United States Attorney
Northern District of Georgia
75 Ted Turner Drive SW, Suite 600
Atlanta GA 30303-3309

Vladimir Lerner
6150 Zachary Drive
Norcross, GA 30093-2034

Nancy J. Whaley
Standing Chapter 13 Trustee
Suite 120, Truist Plaza Garden Offices
303 Peachtree Center Avenue
Atlanta, GA 30303-1286

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Absolute Resolutions Investments
c/o Absolute Resolutions Corporation
8000 Norman Center Drive
Suite 350
Minneapolis, MN 55437

Ascendium Education Solutions
c/o Jeanine Peterson
P.O. Box 8961
Madison, WI 53708

Caine & Weiner
5805 Sepulveda Blvd
4th Floor
Van Nuys, CA 91411

Citizens Bank
Attention: Bankruptcy
1 Citizens Plaza
Providence, RI 02903

Delta Community Credit Union
PO Box 20541
Atlanta, GA 30320-2541

Firstmark Services
121 South 13th Street
Lincoln, NE 68508

Georgia Department of Revenue
2595 Century Parkway NE
Suite 339
Atlanta, GA 30345

A. Michelle Hart Ippoliti
McCalla Raymer Leibert Pierce, LLC
1544 Old Alabama Road
Roswell, GA 30076

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)New American Funding, LLC

(d)TBF Financial, LLC
870 Sheridan Rd
Highwood, IL 60040-1003

End of Label Matrix
Mailable recipients    31
Bypassed recipients     2
Total                  33