**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | : | **CASE NO.:26-50038** |
| **MICHAEL ANTHONY DAVIS II,** | : | |
| | : | **CHAPTER 13** |
| | : | |
| **DEBTOR** | : | **JUDGE CAVENDER** |

---

### CERTIFICATE OF MANNER OF SERVICE

I, the undersigned, certify under penalty of perjury that on this day I served the following parties with a copy of the **"Chapter 13 Pre-Confirmation Plan Modification"** and **"Notice of Hearing on Confirmation of Modified Plan and of Deadline for Objections"** using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

**Nancy J. Whaley –  Standing Chapter 13 Trustee**

I further certify that on this day I caused a copy of this document to be served via United States First Class Mail, with adequate postage prepaid, on the following parties at the address shown for each.

Vladimir Lerner
6150 Zachary Drive
Norcross, GA 30093

Robert D. Schwartz
Counsel for Vladimir Lerner
PO Box 160100
Atlanta, GA 30316-1002

New American Funding, LLC
8201 North FM 620
Suite 120
Austin, TX 78726

Michelle Hart Ippoliti
Counsel for New American Funding, LLC
1544 Old Alabama Road
Roswell, GA 30076

Key & Rogers Trucking
Attn: Jkwame Harris, Registered Agent
3175 State University Drive
Fort Valley, GA 31030

Taylor Woods Home Owners Association, Inc.
Attn: Jason Thayer, CEO
605 Deerwood Drive
Suwanee, GA 30024

Dated: March 19, 2026

/s/ Stanley J. Kakol, Jr._____
Stanley J. Kakol, Jr.
GA Bar No. 406060
Attorney for Debtor
Law Office of Stanley J. Kakol, Jr. LLC
5353 Fairington Road, Suite C
Lithonia, GA 30038
770-800-0440