**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

IN RE:                                    :
                                          :          **CASE NO. 26-50038-JWC**
**MICHAEL ANTHONY DAVIS II,**             :
                                          :          **CHAPTER 13**
                                          :
            **DEBTOR**                    :

---

**WITHDRAWAL OF DOCUMENT**

COMES NOW the above styled Debtor, by and through the undersigned counsel, and hereby files this Withdrawal of the **Motion to Impose Stay** filed in this case on March 19, 2026 and referred to as Docket Entry Number 23.

This Wednesday, March 25, 2026

Respectfully submitted,

____/s/_____
Stanley J. Kakol, Jr.,
Georgia Bar No. 406060
Law Offices of Stanley J. Kakol, Jr., PC
5353 Fairington Road
Suite C
Lithonia, GA 30038
770-800-0440
Attorney for Debtor(s)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

IN RE:                                              :
                                                    :        **CASE NO. 26-50038-JWC**
**MICHAEL ANTHONY DAVIS II,**                       :        **CHAPTER 13**
                                                    :
        **DEBTOR**                                  :

---

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of March, 2026, I electronically filed the foregoing

**Withdrawal of Document** for its approval using the Bankruptcy Court's Electronic Case Filing

program, which sends a notice of this document and an accompanying link to this document to

the following parties who have appeared in this case under the Bankruptcy Court's Electronic

Case Filing program:

Michael Anthony Davis II
408 Edmond Court
Suwanee, GA 30024

Nancy J. Whaley
Standing Chapter 13 Trustee
303 Peachtree Center Avenue
Suite 120
Atlanta, GA 30303

This Wednesday, March 25, 2026.

/s/ Stanley J. Kakol, Jr.
Stanley J. Kakol, Jr.
GA Bar No. 406060
Law Office of Stanley J. Kakol, Jr., LLC
5353 Fairington Road
Suite C
Lithonia, GA 30038
(770) 800-0440#

Label Matrix for local noticing
113E-1
Case 26-50038-jwc
Northern District of Georgia
Atlanta
Wed Mar 25 14:02:15 EDT 2026

(p)ABSOLUTE RESOLUTIONS CORPORATION
8000 NORMAN CENTER DRIVE SUITE 350
BLOOMINGTON MN 55437-1118

American First Finance
Attn: Bankruptcy
Po Box 565848
Dallas, TX 75356-5848

(p)ASCENDIUM EDUCATION SOLUTIONS INC
38 BUTTONWOOD COURT
MADISON WI 53718-2156

Ascendium Education Solutions, Inc OBO
Florida Department of Education OSFA
PO Box 8961
Madison WI 53708-8961

(p)CAINE & WEINER COMPANY
12005 FORD ROAD 300
DALLAS TX 75234-7262

(p)CITIZENS BANK N A
ATTN BANKRUPTCY TEAM
ONE CITIZENS BANK WAY
JCA115
JOHNSTON RI 02919-1922

Comenity/Alphaeoncos
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218-2125

Michael Anthony Davis II
408 Edmond Court
Suwanee, GA 30024-2755

Delta Community Credit Union
Attn: Bankruptcy
3300 Riverwood Parkway, Ste 100
Atlanta, GA 30339-3966

(p)DELTA COMMUNITY CREDIT UNION
PO BOX 20541
ATLANTA GA 30320-2541

(p)FIRSTMARK SERVICES
121 S 13TH STREET STE 201
LINCOLN NE 68508-1911

(p)GEORGIA DEPARTMENT OF REVENUE
BANKRUPTCY
2595 CENTURY PKWY NE SUITE 339
ATLANTA GA 30345-3173

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

(p)MCCALLA RAYMER LEIBERT PIERCE  LLC
ATTN ATTN WENDY REISS
1544 OLD ALABAMA ROAD
ROSWELL GA 30076-2102

Stanley J. Kakol Jr.
The Law Offices of Stanley J. Kakol, Jr.
5353 Fairington Road
Suite C
Lithonia, GA 30038-1164

Key & Rogers Trucking
3175 State University Drive
Fort Valley, GA 31030-6907

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Vladimir Lerner
6150 Zachary Drive NE
Norcross, GA 30093-2034

Midland Credit Management
350 Camino De La Reina
Suite 100
San Diego, CA 92108-3007

Midland Credit Management, Inc.
PO Box 2037
Warren, MI 48090-2037

Navy Federal Credit Union
Attn: Bankruptcy
Po Box 3302
Merrifield, VA 22119-3302

New American Funding
Attn: Bankruptcy
1 Home Campute Mac X2303-01a
Des Moines, IA 50328-0001

New American Funding, LLC
8201 North FM 620 Suite 120
Austin TX 78726-4075

Robert D. Schwartz
Robert D. Schwartz
P O Box 160100
Atlanta, GA 30316-1002

TBF Financial
870 Sheridan Rd.
Highwood, IL 60040-1003

Taylor Woods Home Owners Association, Inc.
605 Deerwood Drive
Suwanee, GA 30024-2742

Truist
PO Box 79041
Baltimore, MD 21279-0041

Truist Bank, Support Services
PO Box 1847 / 100-50-01-51
Wilson NC 27894-1847

United States Attorney
Northern District of Georgia
75 Ted Turner Drive SW, Suite 600
Atlanta GA 30303-3309

Case 26-50038-jwc   Doc 30   Filed 03/25/26   Entered 03/25/26 14:05:34   Desc Main
Document     Page 4 of 4

Vladimir Lerner
6150 Zachary Drive
Norcross, GA 30093-2034

Nancy J. Whaley
Standing Chapter 13 Trustee
Suite 120, Truist Plaza Garden Offices
303 Peachtree Center Avenue
Atlanta, GA 30303-1286


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Absolute Resolutions Investments
c/o Absolute Resolutions Corporation
8000 Norman Center Drive
Suite 350
Minneapolis, MN 55437

Ascendium Education Solutions
c/o Jeanine Peterson
P.O. Box 8961
Madison, WI 53708

Caine & Weiner
5805 Sepulveda Blvd
4th Floor
Van Nuys, CA 91411


Citizens Bank
Attention: Bankruptcy
1 Citizens Plaza
Providence, RI 02903

Delta Community Credit Union
PO Box 20541
Atlanta, GA 30320-2541

Firstmark Services
121 South 13th Street
Lincoln, NE 68508


Georgia Department of Revenue
2595 Century Parkway NE
Suite 339
Atlanta, GA 30345

A. Michelle Hart Ippoliti
McCalla Raymer Leibert Pierce, LLC
1544 Old Alabama Road
Roswell, GA 30076


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)New American Funding, LLC

(d)TBF Financial, LLC
870 Sheridan Rd
Highwood, IL 60040-1003

End of Label Matrix
Mailable recipients    31
Bypassed recipients     2
Total                  33