**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **IN RE:** | * | **CASE NO.: 26-50038-JWC** |
| **MICHAEL ANTHONY DAVIS,** | * | |
| | * | **CHAPTER 13** |
| | * | |
| **DEBTOR** | * | **JUDGE CAVENDER** |

---

### AMENDED NOTICE RESCHEDULING HEARING ON EMERGENCY MOTION TO IMPOSE STAY AS TO NEW AMERICAN FUNDING, LLC AND VLADIMIR LERNER

**PLEASE TAKE NOTICE**   that the above-styled Debtor has filed an Emergency Motion to Impose Stay as to New American Funding, LLC and Vladimir Lerner (the "Motion") and related papers with the Court seeking an order granting stay.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the Motion at **9:30 A.M. on April 21, 2026, in Courtroom 1203, United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303,** which must be attended in person, unless the Court orders otherwise.

Your rights may be affected by the court's ruling on these pleadings.  You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)  If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing.  You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so.  If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response.  Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing.  The address of the Clerk's Office is:  Clerk, U.S. Bankruptcy Court, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303. You must also mail a copy of your response to the undersigned at the address stated below.

Dated:  March 25, 2026.                                  /s/Stanley J. Kakol, Jr.

Stanley J. Kakol, Jr.
Law Offices of Stanley J. Kakol, Jr.
5353 Fairington Road, Suite C
Lithonia, Georgia 30038
770-800-0440
Debtor's Attorney

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **IN RE:** | : | |
| | : | **CASE NO. 26-50038-JWC** |
| **MICHAEL ANTHONY DAVIS II,** | : | |
| | : | **CHAPTER 13** |
| | : | |
| **DEBTOR** | : | **JUDGE CAVENDER** |

---

## CERTIFICATE OF SERVICE

This is to certify that on March 25, 2026, I electronically filed the foregoing **Amended Notice Rescheduling Hearing on Emergency Motion Impose Stay as to New American Funding, LLC and Vladimir Lerner** using the Bankruptcy's Court's Electronic Case Filing program, which sends notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy's Court's Electronic Case Filing program:

**Nancy J. Whaley – Standing Chapter 13 Trustee**

I further certify that on this day I caused a copy of this document to be served via United States First Class Mail, with adequate postage prepaid, on the following parties at the address shown for each.

**Michael Anthony Davis II**
**408 Edmond Court**
**Suwanee, GA 30024**

All creditors on the attached mailing matrix

This Wednesday, March 25, 2026

___/s/_____
Stanley J. Kakol, Jr.,
Georgia Bar No. 406060
Law Offices of Stanley J. Kakol, Jr., PC
5353 Fairington Road
Suite C
Lithonia, GA 30038
770-800-0440

Label Matrix for local noticing
113E-1
Case 26-50038-jwc
Northern District of Georgia
Atlanta
Wed Mar 25 14:02:15 EDT 2026

(p)ABSOLUTE RESOLUTIONS CORPORATION
8000 NORMAN CENTER DRIVE SUITE 350
BLOOMINGTON MN 55437-1118

American First Finance
Attn: Bankruptcy
Po Box 565848
Dallas, TX 75356-5848

(p)ASCENDIUM EDUCATION SOLUTIONS INC
38 BUTTONWOOD COURT
MADISON WI 53718-2156

Ascendium Education Solutions, Inc OBO
Florida Department of Education OSFA
PO Box 8961
Madison WI 53708-8961

(p)CAINE & WEINER COMPANY
12005 FORD ROAD 300
DALLAS TX 75234-7262

(p)CITIZENS BANK N A
ATTN BANKRUPTCY TEAM
ONE CITIZENS BANK WAY
JCA115
JOHNSTON RI 02919-1922

Comenity/Alphaeoncos
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218-2125

Michael Anthony Davis II
408 Edmond Court
Suwanee, GA 30024-2755

Delta Community Credit Union
Attn: Bankruptcy
3300 Riverwood Parkway, Ste 100
Atlanta, GA 30339-3966

(p)DELTA COMMUNITY CREDIT UNION
PO BOX 20541
ATLANTA GA 30320-2541

(p)FIRSTMARK SERVICES
121 S 13TH STREET STE 201
LINCOLN NE 68508-1911

(p)GEORGIA DEPARTMENT OF REVENUE
BANKRUPTCY
2595 CENTURY PKWY NE SUITE 339
ATLANTA GA 30345-3173

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

(p)MCCALLA RAYMER LEIBERT PIERCE  LLC
ATTN ATTN WENDY REISS
1544 OLD ALABAMA ROAD
ROSWELL GA 30076-2102

Stanley J. Kakol Jr.
The Law Offices of Stanley J. Kakol, Jr.
5353 Fairington Road
Suite C
Lithonia, GA 30038-1164

Key & Rogers Trucking
3175 State University Drive
Fort Valley, GA 31030-6907

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Vladimir Lerner
6150 Zachary Drive NE
Norcross, GA 30093-2034

Midland Credit Management
350 Camino De La Reina
Suite 100
San Diego, CA 92108-3007

Midland Credit Management, Inc.
PO Box 2037
Warren, MI 48090-2037

Navy Federal Credit Union
Attn: Bankruptcy
Po Box 3302
Merrifield, VA 22119-3302

New American Funding
Attn: Bankruptcy
1 Home Campute Mac X2303-01a
Des Moines, IA 50328-0001

New American Funding, LLC
8201 North FM 620 Suite 120
Austin TX 78726-4075

Robert D. Schwartz
Robert D. Schwartz
P O Box 160100
Atlanta, GA 30316-1002

TBF Financial
870 Sheridan Rd.
Highwood, IL 60040-1003

Taylor Woods Home Owners Association, Inc.
605 Deerwood Drive
Suwanee, GA 30024-2742

Truist
PO Box 79041
Baltimore, MD 21279-0041

Truist Bank, Support Services
PO Box 1847 / 100-50-01-51
Wilson NC 27894-1847

United States Attorney
Northern District of Georgia
75 Ted Turner Drive SW, Suite 600
Atlanta GA 30303-3309

Vladimir Lerner
6150 Zachary Drive
Norcross, GA 30093-2034

Nancy J. Whaley
Standing Chapter 13 Trustee
Suite 120, Truist Plaza Garden Offices
303 Peachtree Center Avenue
Atlanta, GA 30303-1286

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Absolute Resolutions Investments
c/o Absolute Resolutions Corporation
8000 Norman Center Drive
Suite 350
Minneapolis, MN 55437

Ascendium Education Solutions
c/o Jeanine Peterson
P.O. Box 8961
Madison, WI 53708

Caine & Weiner
5805 Sepulveda Blvd
4th Floor
Van Nuys, CA 91411

Citizens Bank
Attention: Bankruptcy
1 Citizens Plaza
Providence, RI 02903

Delta Community Credit Union
PO Box 20541
Atlanta, GA 30320-2541

Firstmark Services
121 South 13th Street
Lincoln, NE 68508

Georgia Department of Revenue
2595 Century Parkway NE
Suite 339
Atlanta, GA 30345

A. Michelle Hart Ippoliti
McCalla Raymer Leibert Pierce, LLC
1544 Old Alabama Road
Roswell, GA 30076

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)New American Funding, LLC

(d)TBF Financial, LLC
870 Sheridan Rd
Highwood, IL 60040-1003

End of Label Matrix
Mailable recipients    31
Bypassed recipients     2
Total                  33