*Form 3004* (11/20)

## UNITED STATES BANKRUPTCY COURT

### Northern District of Georgia

| | | |
|---|---|---|
| In Re: | Debtor(s)<br>**Michael Anthony Davis II**<br>408 Edmond Court<br>Suwanee, GA 30024 | Case No.: **26−50038−jwc**<br>Chapter: **13** |

**xxx−xx−6965**

## NOTICE OF FILING OF CLAIM BY DEBTOR OR TRUSTEE

TO: Taylor Woods Home Owners Association, Inc.

Pursuant to Bankruptcy Rule 3004, notice is hereby given that the debtor or trustee in the above captioned case filed a proof of claim on your behalf in the amount of $800.00 on March 19, 2026, Claim No. 11.

You are further notified that if you disagree with the amount or nature of the claim or want to file an amended claim, you may do so by filing Official Form B410 (Proof of Claim), which can be obtained at any bankruptcy clerk's office or at: https://www.uscourts.gov/forms/bankruptcy−forms.

Claims can be filed electronically by registered users at: http://ecf.ganb.uscourts.gov or can be hand−delivered or mailed to the Clerk's Office at:

United States Bankruptcy Court
1340 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Dated: 3/24/26

*Vania S. Allen*

_____

Vania S. Allen
Clerk of Court
U.S. Bankruptcy Court

United States Bankruptcy Court

Northern District of Georgia

In re:                                                                                                          Case No. 26-50038-jwc

Michael Anthony Davis, II                                                                    Chapter 13

        Debtor

# CERTIFICATE OF NOTICE

| District/off: 113E-9 | User: bncadmin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 24, 2026 | Form ID: 3004 | Total Noticed: 3 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 26, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Michael Anthony Davis, II, 408 Edmond Court, Suwanee, GA 30024-2755 |
| 25645998 | + Taylor Woods Home Owners Association, Inc., 605 Deerwood Drive, Suwanee, GA 30024-2742 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion21.at.ecf@usdoj.gov | Mar 24 2026 21:20:00 | Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| ust | | Office of the U.S. Trustee |
| ust | *+ | Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |
| ust | *+ | Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |
| ust | *+ | Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |
| ust | *+ | Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |
| ust | *+ | Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |
| ust | *+ | Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |
| ust | *+ | Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |
| ust | *+ | Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |
| ust | *+ | Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |
| ust | *+ | Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |
| ust | *+ | Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |
| ust | *+ | Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |
| ust | *+ | Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |
| ust | *+ | Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |
| ust | *+ | Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |
| ust | *+ | Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |
| ust | *+ | Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |

TOTAL: 1 Undeliverable, 17 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

District/off: 113E-9                           User: bncadmin                                  Page 2 of 2
Date Rcvd: Mar 24, 2026                        Form ID: 3004                          Total Noticed: 3

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 26, 2026                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 24, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| A. Michelle Hart Ippoliti | on behalf of Creditor New American Funding  LLC Michelle.ippoliti@mccalla.com, bankruptcyecfmail@mccalla.com;mccallaecf@ecf.courtdrive.com |
| Nancy J. Whaley | ecf@njwtrustee.com |
| Robert D. Schwartz | on behalf of Creditor Vladimir Lerner bobschwartzlaw@aol.com  Schwartz.RobertD.B126089@notify.bestcase.com |
| Stanley J. Kakol, Jr. | on behalf of Debtor Michael Anthony Davis  II documents@sjklawfirm.com, KakolSR88373@notify.bestcase.com;sjkcourtnotices@gmail.com |

TOTAL: 4