**UNITED STATES BANKRUPTCY COURT**

**Northern District of Georgia**

| | |
|---|---|
| IN THE MATTER OF: | CASE NUMBER: |
| **Michael Anthony Davis II,** | **26−50038−jwc** |
| | CHAPTER: **13** |
| Debtor(s) | |

### NOTICE OF FILING PROOF OF TRANSFER OF CLAIM

**Proposed Transferee:**  ECMC
**Proposed Transferor:**  Ascendium Education Solutions, Inc OBO Florida Department of Education OSFA
Owner of claim per Court records:  Ascendium Education Solutions, Inc OBO Florida Department of Education OSFA
Claim Number(s)  1

   Pursuant to the Federal Rules of Bankruptcy Procedure, you are hereby notified of the filing of proof of transfer of the claim in the above−named case.  Objections to this transfer, if any, must be filed with the

Clerk, U. S. Bankruptcy Court
1340 United States Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303

within twenty−one days from the date of this notice and a copy served upon the opposing party. If no objections are filed, the transferee will be substituted as the claimant in this case.

Dated May 28, 2026

_Vania S. Allen_

Vania S. Allen , Clerk of Court
U.S. Bankruptcy Court

Form 428

United States Bankruptcy Court

Northern District of Georgia

In re:                                                                                     Case No. 26-50038-jwc

Michael Anthony Davis, II                                                                   Chapter 13

　　　Debtor

# CERTIFICATE OF NOTICE

District/off: 113E-9                         User: bncadmin                                    Page 1 of 2

Date Rcvd: May 28, 2026                      Form ID: 428                                       Total Noticed: 4

The following symbols are used throughout this certificate:

**Symbol**　　　**Definition**

+ 　　　　　Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 30, 2026:**

**Recip ID**　　　　　**Recipient Name and Address**
db 　　　　　+ Michael Anthony Davis, II, 408 Edmond Court, Suwanee, GA 30024-2755

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
|  | Email/Text: ECMCBKNotices@ecmc.org | May 28 2026 20:56:00 | ECMC, Lockbox #8682, P.O. Box 16478, St. Paul, MN 55116-0478 |
| 25651501 | Email/Text: ECMCBKNotices@ecmc.org | May 28 2026 20:56:00 | Ascendium Education Solutions, Inc OBO, Florida Department of Education OSFA, PO Box 8961, Madison WI 53708-8961 |
| 25905972 | Email/Text: ECMCBKNotices@ecmc.org | May 28 2026 20:56:00 | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |

TOTAL: 3

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2026                      Signature:　　　　　/s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 28, 2026 at the address(es) listed below:**

**Name**　　　　　　**Email Address**

A. Michelle Hart Ippoliti

　　　　　on behalf of Creditor New American Funding  LLC Michelle.ippoliti@mccalla.com,
　　　　　bankruptcyecfmail@mccalla.com;mccallaecf@ecf.courtdrive.com

Janica Drayton

District/off: 113E-9                                 User: bncadmin                                      Page 2 of 2
Date Rcvd: May 28, 2026                              Form ID: 428                                     Total Noticed: 4

                                                         on behalf of Creditor New American Funding  LLC Janica.Drayton@mccalla.com

Nancy J. Whaley
                                                         ecf@njwtrustee.com

Robert D. Schwartz
                                                         on behalf of Creditor Vladimir Lerner bobschwartzlaw@aol.com  Schwartz.RobertD.B126089@notify.bestcase.com

Stanley J. Kakol, Jr.
                                                         on behalf of Debtor Michael Anthony Davis  II documents@sjklawfirm.com,
KakolSR88373@notify.bestcase.com;sjkcourtnotices@gmail.com

TOTAL: 5