**IT IS ORDERED as set forth below:**

**Date: June 29, 2026**

_____

**Jeffery W. Cavender**
**U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| MICHAEL ANTHONY DAVIS, II | : | CASE NUMBER A26-50038-JWC |
| DEBTOR | : | |

**ORDER DISMISSING CASE WITH A BAR TO REFILING**
**PURSUANT TO 11 U.S.C. SECTIONS 105(a), 349(a) AND 109(g)**

On June 16, 2026 at 9:30 a.m., the Court held a hearing on the Trustee's Objection to Confirmation of Plan and Motion to Dismiss Case for Cause and Enjoining the Debtor from Filing a Chapter 13 Bankruptcy Case for a Period of At Least 180 Days (Doc. No. 18).  Present at the hearing was Counsel for the Chapter 13 Trustee; the Debtor and Debtor's Counsel did not appear in opposition to the request.  The court finds that the Debtor has filed two (2) prior Chapter 13 cases within the two (2) years, each of which was dismissed by the Court. Said cases are as follows:

a.) Chapter 13 case number 25-53460 was filed on March 31, 2025. The case was dismissed prior to Confirmation on June 18, 2025, for failure to fund the plan.

b.) Chapter 13 case number 25-58818 was filed on August 4, 2025. The case was dismissed prior to Confirmation on November 20, 2025, on Trustee's Supplemental Report for failure to provide proof of mortgage payments, tax returns for years 2021 through 2023, file amended

Schedule A/B or provide an itemization of the $17,000.00 tax refund.

The Debtor's conduct in this case has continued a similar pattern of failing to provide sufficient evidence to support his schedules and testimony, as well as complying with all requirements of 11 U.S.C. §§1322 and 1325.  In addition to the prior cases, the Debtor's behavior demonstrates that the Debtor has failed to appear before the Court in proper prosecution of this case within the meaning of 11 U.S.C. Section 109(g).

For good cause shown, **IT IS HERBY**

**ORDERED,** that this case is **DISMISSED**. **IT IS FURTHER**

**ORDERED,** that pursuant to 11 U.S.C. Sections 1307(c), 349(a), 109(g) and 11 U.S.C. Section 105(a), the Debtor is ineligible to be a Debtor in a case under Chapter 13 of Title 11 of the United States Code for a period of one-hundred and eighty (180) days from the entry of this Order.

The Clerk of the Court is directed to serve this Order on the parties included in the Distribution List.

**END OF DOCUMENT**

Presented By:

 /s/ 
Julie M. Anania,
Attorney for Chapter 13 Trustee
GA Bar No. 477064
303 Peachtree Center Ave., NE
Suite 120
Atlanta, GA  30303
(678) 992-1201
janania@njwtrustee.com

**DISTRIBUTION LIST**

**Case No.: A25-50038-JWC**

**The Clerk of Court shall serve all parties on the Mailing Matrix.**