**IT IS ORDERED as set forth below:**

**Date: June 29, 2026**

_____

**Jeffery W. Cavender**
**U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| MICHAEL ANTHONY DAVIS, II | : | CASE NUMBER A26-50038-JWC |
| DEBTOR | : | |

**ORDER DISMISSING CASE WITH A BAR TO REFILING**
**PURSUANT TO 11 U.S.C. SECTIONS 105(a), 349(a) AND 109(g)**

On June 16, 2026 at 9:30 a.m., the Court held a hearing on the Trustee's Objection to

Confirmation of Plan and Motion to Dismiss Case for Cause and Enjoining the Debtor from Filing a

Chapter 13 Bankruptcy Case for a Period of At Least 180 Days (Doc. No. 18).  Present at the

hearing was Counsel for the Chapter 13 Trustee; the Debtor and Debtor's Counsel did not appear in

opposition to the request.  The court finds that the Debtor has filed two (2) prior Chapter 13 cases

within the two (2) years, each of which was dismissed by the Court. Said cases are as follows:

a.) Chapter 13 case number 25-53460 was filed on March 31, 2025. The case was dismissed

prior to Confirmation on June 18, 2025, for failure to fund the plan.

b.) Chapter 13 case number 25-58818 was filed on August 4, 2025. The case was dismissed

prior to Confirmation on November 20, 2025, on Trustee's Supplemental Report for failure to

provide proof of mortgage payments, tax returns for years 2021 through 2023, file amended

Schedule A/B or provide an itemization of the $17,000.00 tax refund.

The Debtor's conduct in this case has continued a similar pattern of failing to provide sufficient evidence to support his schedules and testimony, as well as complying with all requirements of 11 U.S.C. §§1322 and 1325.  In addition to the prior cases, the Debtor's behavior demonstrates that the Debtor has failed to appear before the Court in proper prosecution of this case within the meaning of 11 U.S.C. Section 109(g).

For good cause shown, **IT IS HERBY**

**ORDERED,** that this case is **DISMISSED**. **IT IS FURTHER**

**ORDERED,** that pursuant to 11 U.S.C. Sections 1307(c), 349(a), 109(g) and 11 U.S.C. Section 105(a), the Debtor is ineligible to be a Debtor in a case under Chapter 13 of Title 11 of the United States Code for a period of one-hundred and eighty (180) days from the entry of this Order.

The Clerk of the Court is directed to serve this Order on the parties included in the Distribution List.

**END OF DOCUMENT**

Presented By:

 /s/
Julie M. Anania,
Attorney for Chapter 13 Trustee
GA Bar No. 477064
303 Peachtree Center Ave., NE
Suite 120
Atlanta, GA  30303
(678) 992-1201
janania@njwtrustee.com

**DISTRIBUTION LIST**

**Case No.: A25-50038-JWC**

**The Clerk of Court shall serve all parties on the Mailing Matrix.**

United States Bankruptcy Court

Northern District of Georgia

In re:                                                                    Case No. 26-50038-jwc

Michael Anthony Davis, II                                                 Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 113E-9                    User: bncadmin                     Page 1 of 3

Date Rcvd: Jun 30, 2026                 Form ID: pdf592                    Total Noticed: 32

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 02, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael Anthony Davis, II, 408 Edmond Court, Suwanee, GA 30024-2755 |
| cr | + | Vladimir Lerner, 6150 Zachary Drive NE, Norcross, GA 30093-2034 |
| 25941053 | + | Brittany Davis, 1052 Haley Woods Court, Lawrenceville GA 30043-7330 |
| 25941054 | + | Department of Human Services, Division of Child Support Services, 95 Constitution Blvd SW, Suite 200, Lawrenceville GA 30046-5647 |
| 25645994 | + | Key & Rogers Trucking, 3175 State University Drive, Fort Valley, GA 31030-6907 |
| 25942432 | + | Rockdale County Child Support, 997 Commerce Drive SW, Suite 2A, Conyers GA 30094-6647 |
| 25942433 | + | Sheterria Bacon, 2087 Kings Mountain Drive NE, Conyers GA 30012-2639 |
| 25645998 | + | Taylor Woods Home Owners Association, Inc., 605 Deerwood Drive, Suwanee, GA 30024-2742 |
| 25646001 | + | Vladimir Lerner, 6150 Zachary Drive, Norcross, GA 30093-2034 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 25645984 | | Email/Text: Bankruptcy@absoluteresolutions.com | Jun 30 2026 20:55:00 | Absolute Resolutions Investments, c/o Absolute Resolutions Corporation, 8000 Norman Center Drive, Suite 350, Minneapolis, MN 55437 |
| 25645985 | + | Email/Text: JCAFF_BNC_NOTICES@JCAP.COM | Jun 30 2026 20:57:00 | American First Finance, Attn: Bankruptcy, Po Box 565848, Dallas, TX 75356-5848 |
| 25645986 | + | Email/Text: ECMCBKNotices@ecmc.org | Jun 30 2026 20:56:00 | Ascendium Education Solutions, c/o Jeanine Peterson, P.O. Box 8961, Madison, WI 53708-8961 |
| 25651501 | | Email/Text: ECMCBKNotices@ecmc.org | Jun 30 2026 20:56:00 | Ascendium Education Solutions, Inc OBO, Florida Department of Education OSFA, PO Box 8961, Madison WI 53708-8961 |
| 25645987 | | Email/Text: caineweiner@ebn.phinsolutions.com | Jun 30 2026 20:56:19 | Caine & Weiner, 5805 Sepulveda Blvd, 4th Floor, Van Nuys, CA 91411 |
| 25645988 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jun 30 2026 20:55:00 | Citizens Bank, Attention: Bankruptcy, 1 Citizens Plaza, Providence, RI 02903 |
| 25645989 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 30 2026 20:56:00 | Comenity/Alphaeoncos, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 25651520 | | Email/Text: deptbankruptcy@deltacommunitycu.com | Jun 30 2026 20:56:00 | Delta Community Credit Union, PO Box 20541, Atlanta, GA 30320-2541 |
| 25645990 | + | Email/Text: deptbankruptcy@deltacommunitycu.com | Jun 30 2026 20:56:00 | Delta Community Credit Union, Attn: Bankruptcy, 3300 Riverwood Parkway, Ste 100, Atlanta, GA 30339-3966 |
| 25905972 | | Email/Text: ECMCBKNotices@ecmc.org | Jun 30 2026 20:56:00 | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 25645991 | | Email/Text: FirstmarkAccountMa@firstmarkservices.com | Jun 30 2026 20:55:00 | Firstmark Services, 121 South 13th Street, Lincoln, NE 68508 |
| 25645992 | | Email/Text: brnotices@dor.ga.gov | Jun 30 2026 20:57:00 | Georgia Department of Revenue, 2595 Century |

| | | | |
|---|---|---|---|
| | | | Parkway NE, Suite 339, Atlanta, GA 30345 |
| 25645993 | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 30 2026 20:56:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 25759611 | Email/PDF: resurgentbknotifications@resurgent.com | Jun 30 2026 21:05:05 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 25645995 | + Email/Text: bankruptcydpt@mcmcg.com | Jun 30 2026 20:57:00 | Midland Credit Management, 350 Camino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 25706313 | + Email/Text: bankruptcydpt@mcmcg.com | Jun 30 2026 20:57:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 25645996 | + Email/Text: ext_ebn_inbox@navyfederal.org | Jun 30 2026 21:06:00 | Navy Federal Credit Union, Attn: Bankruptcy, Po Box 3302, Merrifield, VA 22119-3302 |
| 25645997 | ^ MEBN | Jun 30 2026 20:54:06 | New American Funding, Attn: Bankruptcy, 1 Home Compute Mac X2303-01a, Des Moines, IA 50328-0001 |
| 25758170 | + Email/Text: Bankruptcy@nafinc.com | Jun 30 2026 20:55:00 | New American Funding, LLC, 8201 North FM 620 Suite 120, Austin TX 78726-4075 |
| 25645999 | + Email/Text: JWAGNER@TBFGROUP.COM | Jun 30 2026 20:56:00 | TBF Financial, 870 Sheridan Rd., Highwood, IL 60040-1003 |
| 25646000 | + Email/Text: bankruptcy@bbandt.com | Jun 30 2026 20:56:00 | Truist, PO Box 79041, Baltimore, MD 21279-0041 |
| 25684713 | + Email/Text: bankruptcy@bbandt.com | Jun 30 2026 20:56:00 | Truist Bank, Support Services, PO Box 1847 / 100-50-01-51, Wilson NC 27894-1847 |
| 25648858 | Email/Text: USAGAN.Bankruptcy@usdoj.gov | Jun 30 2026 20:56:00 | United States Attorney, Northern District of Georgia, 75 Ted Turner Drive SW, Suite 600, Atlanta GA 30303-3309 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | ECMC, P O Box 16408, St. Paul, MN 55116-0408 |
| 25767732 | *+ | TBF Financial, LLC, 870 Sheridan Rd, Highwood, IL 60040-1003 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 02, 2026                     Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 30, 2026 at the address(es) listed below:**

**Name**                              **Email Address**

District/off: 113E-9                     User: bncadmin                          Page 3 of 3
Date Rcvd: Jun 30, 2026                  Form ID: pdf592                         Total Noticed: 32

A. Michelle Hart Ippoliti
                        on behalf of Creditor New American Funding  LLC Michelle.ippoliti@mccalla.com,
                        bankruptcyecfmail@mccalla.com;mccallaecf@ecf.courtdrive.com

Janica Drayton
                        on behalf of Creditor New American Funding  LLC Janica.Drayton@mccalla.com

Nancy J. Whaley
                        ecf@njwtrustee.com

Robert D. Schwartz
                        on behalf of Creditor Vladimir Lerner bobschwartzlaw@aol.com  Schwartz.RobertD.B126089@notify.bestcase.com

Stanley J. Kakol, Jr.
                        on behalf of Debtor Michael Anthony Davis  II documents@sjklawfirm.com,
                        KakolSR88373@notify.bestcase.com;sjkcourtnotices@gmail.com


TOTAL: 5